PROB 12B
(7/93)

Report Date: November 14, 2012

## United States District Court

for the

### Eastern District of Washington

**Request for Modifying the Conditions or Term of Supervision with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 15 2012

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

Name of Offender: Mary Emily Balderas           Case Number: 2:12CR00099-001

Name of Judicial Officer: The Honorable Lonny R. Suko

Date of Original Sentence: 8/5/2008              Type of Supervision: Supervised Release

Original Offense: Conspiring to Import a Quantity of Marijuana > 50 Kilograms, 21 U.S.C. § 952, 960 and 963

Date Supervision Commenced: 5/13/2010

Original Sentence: Prison - 35 Months; TSR - 36 Months

Date Supervision Expires: 5/12/2013

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

15    You shall reside in a residential reentry center (RRC) for a period of up to 180 days. You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer.

### CAUSE

On October 16 and November 1, 2012, Mary Emily Balderas submitted urine samples which tested positive for the use of marijuana. In a conversation with this officer, Ms. Balderas admitted intentionally using the drug in order to be returned to custody. The defendant further explained that she had to leave her boyfriend's residence due to his controlling behavior and is currently homeless. Ms. Balderas suffers from a combination of physical and mental health issues which make it difficult to maintain employment. It is anticipated that a period of time in the residential reentry center will provide a safe, drug-free environment which will allow her to find appropriate housing and to address the issues leading to her drug use.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    11/14/2012
_____

s/Curtis G. Hare
_____

Curtis G. Hare
U.S. Probation Officer

Prob 12B
**Re: Balderas, Mary Emily**
**November 14, 2012**
**Page 2**

## THE COURT ORDERS

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[ ]  Other

_____
Signature of Judicial Officer

11/15/12
_____
Date